FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

02 JUN -3  AM 10: 33

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| DESTRY CORD McKINNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV-01-PT-1891-E |
| | ) | |
| STEVE GIDDEN, | ) | |
| | ) | |
| Defendant. | ) | |

ENTERED
JUN - 3 2002

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 7, 2002, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed because plaintiff seeks monetary relief from a defendant who is immune from such relief under 28 U.S.C. § 1915A(b).   No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.   Accordingly, the complaint is due to be dismissed because plaintiff seeks monetary relief from a defendant who is immune from such relief pursuant to 28 U.S.C. § 1915A(b).  A Final Judgment will be entered.

DATED this 3rd day of June, 2002.

ROBERT B. PROPST
UNITED STATES DISTRICT JUDGE

